ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 NOV -2 AM 9:09

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**for the**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS LLC et al** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **v.** | § | **Civil Action No. 3:20-cv-03229-S** |
| | § | |
| | § | |
| **2999 TURTLE CREEK LLC et al** | § | |
| | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Monday, October 26, 2020 at 4:53 PM,**
Executed at: **5722 W. AMHERST AVE., DALLAS, TX 75209**
within the county of **DALLAS** at **3:05 PM,** on **Tuesday, October 27, 2020**,
by individually and personally delivering to the within named:

**VIPIN NAMBIAR**

a true copy of this

**SUMMONS IN A CIVIL ACTION AND PLAINTIFFS' ORIGINAL COMPLAINT WITH EXHIBITS ATTACHED**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By:____________________________________
**Adil Tadli - PSC 1206 - Exp 05/31/22**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** 29th **day of October, 2020.**

____________________________________
**Notary Public in and for the State of Texas**

LATRACIE HOLLYWOOD
Notary Public
STATE OF TEXAS
ID# 13058732-8
My Comm. Exp. March 17, 2024

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| 2999TC Acquisitions LLC et al<br>*Plaintiff*<br>v.<br>2999 Turtle Creek LLC et al<br>*Defendant* | ) | Civil Action No. 3:20-cv-03229-S |

**Summons in a Civil Action**

**TO:** Vipin Nambiar

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

G Gruber
300 Crescent Court
Suite 400
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 10/23/2020

Civil Action No. 3:20-cv-03229-S

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

RETURN / AFFIDAVIT PROOF / ATTACHED

RETURN / AFFIDAVIT PROOF / ATTACHED

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc: