**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON, | § | |
| *Plaintiffs*, | § | |
| v. | § | No. 3:20-CV-3229 |
| 2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN, | § | |
| *Defendants*. | § | |

**ORDER GRANTING MOTION TO DISMISS**

Pending before the Court is Defendant James G. Glasgow, Jr.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(2) (the "Motion"). Having considered the Motion and the parties' briefing, as well as all relevant materials properly before the Court, the Court concludes that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED and all of Plaintiffs' claims against Defendant James G. Glasgow, Jr. are DISMISSED.

SO ORDERED.

Signed this ___ day of ________________, 20___.

_________________________________
THE HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE