# AFFIDAVIT OF SERVICE

***UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF TEXAS***

***Civil Action No. 3:20-cv-03229-S***

***2999TC ACQUISITIONS LLC, ET AL,***
***Plaintiffs,***

***-against-***

***2999 TURTLE CREEK, LLC, ET AL,***
***Defendants.***

***State Of New York, County of New York SS:***
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **28th** day of **OCTOBER 2020** at: **5:25 PM**

Deponent served the: **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, EXHIBITS A – B, CIVIL COVER SHEET**

Upon: **2999 TURTLE CREEK LLC**

At: **520 MADISON AVENUE, SUITE 3501, NEW YORK, N.Y. 10022**

**PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY**
A limited liability company, by delivering thereat a true copy to **EMILY "DOE" (SECRETARY, LAST NAME REFUSED)** personally, who stated, that she is the said individual ***Authorized to Accept Service*** on behalf of **2999 TURTLE CREEK LLC**

**DESCRIPTION** – Deponent describes the individual served as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: **30 yrs.** App. Ht. **5'6"** App. Wt. **130 lbs.**
Other identifying features:

Subscribed and sworn to before me
on this **29th** day of **OCTOBER 2020**

Jolantyna Cagney
JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, ~~2016~~ 2024

Dominik Przybylo
**DOMINIK PRZYBYLO (# 206-9153)**

**CLASSIC LEGAL SUPPORT # 2022186-DCA**
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200