**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC, AND TIMOTHY L. BARTON** | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Case No. 3:20-CV-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO DEFENDANT JAMES G. GLASGOW, JR.'S MOTION TO DISMISS**

Plaintiffs 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC, and Timothy L. Barton (collectively, "***Plaintiffs***") file this *Unopposed Motion for Extension of Deadline to File Response to Defendant James G. Glasgow* ("***Glasgow***")*, Jr.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)* (ECF No. 9 the "***Motion***").

Defendant Glasgow filed the Motion on November 25, 2020. Pursuant to Local Rule 7.1(e), Plaintiffs' original deadline to respond to Defendant's Motion is December 16, 2020. Plaintiffs have requested that Defendant Glasgow agree to an extension of two (2) weeks to enable Plaintiffs to adequately respond to Glasgow's Motion in light of pending settlement discussions and notice of foreclosure served concurrently in this matter regarding the real property made the basis of this lawsuit.

Defendant Glasgow does not oppose Plaintiffs' request to extend Plaintiffs' deadline to respond to Glasgow's Motion by two (2) weeks.

WHEREFORE, for good cause shown, Plaintiffs respectfully move for entry of an order establishing that Plaintiffs' deadline to file their response to Defendant Glasgow's *Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)* is extended from December 16, 2020, to December 30, 2020.

Dated: December 8, 2020.

Respectfully submitted,

*/s/ G. Michael Gruber*

**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 4, 2020, Dorsey & Whitney, LLP, conferred with David Harper regarding the requested relief in this Motion, and Mr. Harper indicated that Defendant Glasgow is not opposed to the requested relief.

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.