**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC, AND TIMOTHY L. BARTON** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Case No. 3:20-CV-3229** |
| | § | |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO GREEN HOLLOW DEFENDANTS' MOTION TO DISMISS**

Plaintiffs 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC, and Timothy L. Barton (collectively, "***Plaintiffs***") file this *Unopposed Motion for Extension of Deadline to File Response to Green Hollow Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)* (ECF No. 10 the "***Motion***") filed by Defendants HNGH Trutle Creek, LLC, HN Green Hollow Capital Partners, LLC, Vipin Nambiar, and James G. Glasgow, Jr. (collectively, the "***Green Hollow Defendants***").

The Green Hollow Defendants filed the Motion on November 25, 2020. Pursuant to Local Rule 7.1(e), Plaintiffs' original deadline to respond to the Motion is December 16, 2020. Plaintiffs have requested that the Green Hollow Defendants agree to an extension of two (2) weeks to enable Plaintiffs to adequately respond to the Motion in light of pending settlement discussions and notice

of foreclosure served concurrently in this matter regarding the real property made the basis of this lawsuit.

The Green Hollow Defendants do not oppose Plaintiffs' request to extend Plaintiffs' deadline to respond to the Motion by two (2) weeks.

WHEREFORE, for good cause shown, Plaintiffs respectfully move for entry of an order establishing that Plaintiffs' deadline to file their response to *Green Hollow Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)* is extended from December 16, 2020, to December 30, 2020.

Dated: December 8, 2020.

Respectfully submitted,

*/s/ G. Michael Gruber*
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 4, 2020, Dorsey & Whitney, LLP, conferred with David Harper regarding the requested relief in this Motion, and Mr. Harper indicated that the Green Hollow Defendants are not opposed to the requested relief.

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.