# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3229-S |
| | § | |
| 2999 TURTLE CREEK, LLC, et al. | § | |

**ORDER**

This Order addresses Plaintiffs' Unopposed Motion for Extension of Deadline to File Response to Defendant James G. Glasgow, Jr.'s Motion to Dismiss [ECF No. 13] and Plaintiffs' Unopposed Motion for Extension of Deadline to File Response to Green Hollow Defendants' Motion to Dismiss [ECF No. 14]. The Court **GRANTS** both motions. Plaintiffs shall file responses, if any, to both motions on or before December 30, 2020.

**SO ORDERED.**

SIGNED December 12, 2020.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**