**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON** | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Case No. 3:20-cv-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR PRELIMINARY INJUNCTION**

2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC ("***2999TC***") and Timothy L. Barton ("***Barton***" or "***Guarantor***") (together, "***Plaintiffs***") file this *Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction* (the "***Motion***") against 2999 Turtle Creek, LLC ("***Turtle Creek***" or "***Lender***"), HNGH Turtle Creek, LLC ("***HNGH***"), HN Green Hollow Capital Partners, LLC ("***Green Hollow***"), Madison Realty Capital, LP ("***Madison***"), Vipin Nambiar ("***Nambiar***"), James G. Glasgow, Jr. ("***Glasgow***"), Marc Zegen ("***M. Zegen***"), and Joshua Zegen ("***J. Zegen***") (collectively, "***Defendants***") and respectfully show as follows:

## I. SUMMARY

This Emergency Motion arises from an emergency motion filed with this Court to prevent a foreclosure on real property scheduled for **January 5, 2021**, and Plaintiffs' need for a preliminary injunction to enjoin all further foreclosure efforts while this lawsuit is pending. In fact, the party

originally seeking to foreclose no longer even owns the subject loan, having recently assigned its interest in bad faith to Plaintiffs' competitor—an assignment that occurred *after* the foreclosure notice was sent. Now that the original lender has been made whole, Plaintiffs' competitor has ended up with 100% ownership of the loan and, without this Court's intervention, stands to gain 100% ownership of the property pursuant to a fraudulent scheme set in motion by the lender and competitor from the beginning.

## II. GROUNDS FOR RELIEF

As set forth in Plaintiffs' Brief in support of this Motion, the foreclosure should be immediately enjoined for at least the following reasons: (1) the Loan is not in default and (2) is *over*-collateralized, such that there is no harm, pending, threatened, or otherwise.

Moreover, based upon the evidence currently available, Plaintiffs are likely to prevail on the merits of their claims against Defendants, foreclosure would cause irreparable harm to Plaintiffs, this harm outweighs any harm that the injunction may cause to Defendants, and the injunction will not disserve the public interest. Based on the allegations and evidence set forth in the Brief, the Court is well within its discretion to grant both a temporary injunction to prevent the immediate foreclosure, and grant a preliminary injunction to maintain the status quo until Plaintiffs' claims against Defendants can be resolved on the merits.

## III. LOCAL RULE 7.1

Pursuant to Local Rule 7.1, Defendants' contentions of fact and law, arguments, and authorities are set forth in the accompanying brief and a separate evidentiary appendix, which are incorporated herein by reference and which are being submitted to the Court with this Motion.

## IV. REQUESTED INJUNCTIVE RELIEF

Plaintiffs request that the Court grant them a TRO pending a hearing on their Application for Preliminary Injunction, enjoining Lender, Madison, and HNGH (together with their agents,

attorneys, representatives, and all persons acting in concert and participating with them, directly or indirectly) from foreclosing on the Loan and from assigning any right to foreclose on the Loan with regard to the current foreclosure scheduled for January 5, 2021.

Plaintiffs seek a preliminary injunction, which is necessary to prevent Defendants from consummating their hostile takeover of the subject property before Plaintiffs' claims have been fully and fairly litigated. Plaintiffs request that, after a hearing on their Application for Preliminary Injunction, the Court enjoin Lender, Madison, and HNGH (together with their agents, attorneys, representatives, and all persons acting in concert and participating with them, directly or indirectly) from foreclosing on the Loan and from assigning any right to foreclose on the Loan during the pendency of this lawsuit.

## V. CONCLUSION

Wherefore, Plaintiffs respectfully request and pray that the Court grant the following relief, as set out more specifically in the proposed order:

a. grant Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction;

b. enjoin Lender, Madison, and HNGH (together with their agents, attorneys, representatives, assignees, and all persons acting in concert and participating with them, directly or indirectly) from foreclosing on the Loan and from assigning any right to foreclose on the Loan with regard to the foreclosure currently scheduled for **January 5, 2021**;

c. enjoin Lender, Madison, and HNGH (together with their agents, attorneys, representatives, assignees, and all persons acting in concert and participating with them, directly or indirectly) from foreclosing on the Loan and from assigning any right to foreclose on the Loan during the pendency of this lawsuit;

d. award Plaintiffs the recovery from Defendants of all reasonable attorneys' fees and costs of litigation incurred by Plaintiffs in pursuing this Motion; and

e. grant them any and all such other and further relief, at law and in equity, to which the Court finds them justly entitled.

Dated: December 22, 2020.

Respectfully submitted,

*/s/ G. Michael Gruber*
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 22, 2020, Plaintiffs' counsel conferred with counsel for Madison Realty Capital, LP, who referred the matter to counsel for HNGH Turtle Creek, LLC. Plaintiffs' counsel conferred with counsel for HNGH Turtle Creek, LLC, about the relief requested herein. Defendants are opposed to the relief sought with regard to the preliminary injunction and the temporary restraining order but requested an opportunity to be heard under an expedited briefing schedule on the issue of the temporary restraining order.

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.