**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON** | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Case No. 3:20-cv-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Before the Court is the *Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction* (the "***Motion***") filed by 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC ("***2999TC***") and Timothy L. Barton ("***Barton***" or "***Guarantor***") (together, "***Plaintiffs***") against 2999 Turtle Creek, LLC ("***Turtle Creek***" or "***Lender***"), HNGH Turtle Creek, LLC ("***HNGH***"), HN Green Hollow Capital Partners, LLC ("***Green Hollow***"), Madison Realty Capital, LP ("***Madison***"), Vipin Nambiar ("***Nambiar***"), James G. Glasgow, Jr. ("***Glasgow***"), Marc Zegen ("***M. Zegen***"), and Joshua Zegen ("***J. Zegen***") (collectively, "***Defendants***").

The Court has considered the Motion and the declarations and exhibits in support thereof. After due consideration, the Court finds that the Motion satisfies the requirements for a temporary restraining order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**. Turtle Creek, Madison, and HNGH (together with their agents, attorneys, representatives, and all persons acting in concert and participating with them, directly or indirectly) are hereby temporarily restrained from foreclosing on the Secured Promissory Note dated September 16, 2019 (the "***Loan***") (including the posting of any foreclosure notice) and from assigning any right to foreclose on the Loan.

The temporary restraining order is issued on ________________________, 2020 at ___________ a.m./p.m. and shall be in effect until the Court rules on Plaintiffs' Application for Temporary Injunction or the Order is otherwise dissolved.

IT IS FURTHER ORDERED that the bond requirement is hereby waived.

IT IS FURTHER ORDERED that Plaintiffs shall recover from Defendants the reasonable attorneys' fees and costs of litigation incurred in pursuing the Motion in the amount of $ ________________.

Plaintiffs have also moved for a preliminary injunction. The hearing on Plaintiffs' motion for a preliminary injunction is set for ________________________, 2020 at ___________ a.m./p.m.

**SO ORDERED**.

______________________, 2020

____________________________________
UNITED STATES DISTRICT JUDGE