**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Case No. 3:20-cv-3229** |
| | § | |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| | § | |
| **Defendants.** | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR PRELIMINARY INJUNCTION**

2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC ("***2999TC***") and Timothy L. Barton ("***Barton***" or "***Guarantor***") (together, "***Plaintiffs***") offer the following evidence in support of their *Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction* against 2999 Turtle Creek, LLC ("***Turtle Creek***" or "***Lender***"), HNGH Turtle Creek, LLC ("***HNGH***"), HN Green Hollow Capital Partners, LLC ("***Green Hollow***"), Madison Realty Capital, LP ("***Madison***"), Vipin Nambiar ("***Nambiar***"), James G. Glasgow, Jr. ("***Glasgow***"), Marc Zegen ("***M. Zegen***"), and Joshua Zegen ("***J. Zegen***") (collectively, "***Defendants***"):

| EX # | DESCRIPTION | APP RANGE |
|---|---|---|
| A | Declaration of Timothy Barton | APP001-APP011 |

| | | |
|---|---|---|
| A-1 | Promissory Note (Loan) | APP012-APP029 |
| A-2 | Deed of Trust | APP030-APP088 |
| A-3 | Jul. 29, 2020 email from J. Zegen to potential purchaser of Loan | APP089-APP091 |
| A-4 | Oct. 24, 2019 email from Glasgow to Nambiar | APP092 |
| A-5 | Nov. 1, 2019 emails with Barton, J. Zegen, and Glasgow | APP093-APP096 |
| A-6 | Lender Notice to 2999TC of Sale of Participation Interest to HNGH | APP097-APP100 |
| A-7 | Nov. 15, 2019 Letter of Intent | APP101-APP103 |
| A-8 | Jan. 16, 2020 emails between Barton and Nambiar | APP104-APP105 |
| A-9 | Jan. 2, 2020 email between Barton and Nambiar | APP106 |
| A-10 | Jan. 24, 2020 Participation Agreement | APP107-APP126 |
| A-11 | May 6, 2020 Lender letter to 2999TC regarding Pre-Negotiation Agreement | APP127-APP129 |
| A-12 | Indemnity Agreement | APP130-APP155 |
| A-13 | Apr. 6, 2020 HNGH Demand Letter | APP156-APP159 |
| A-14 | Notice of Foreclosure | APP160-APP175 |
| A-15 | Apr. 30, 2020 letter alleging notice of default | APP176-APP179 |
| A-16 | May 5, 2020 Lender letter to Plaintiffs | APP180-APP182 |

| | | |
|---|---|---|
| A-17 | May 4, 2020 letter from Plaintiffs to Lender | APP183-APP188 |
| A-18 | May 5, 2020 letter from Plaintiffs to Lender | APP189-APP190 |
| A-19 | May 12, 2020 letter from Plaintiffs to Lender | APP191-APP192 |
| A-20 | Jun. 16, 2020 letter from Plaintiffs to Lender | APP193-APP194 |
| A-21 | Land Appraisal dated November 3, 2020 | APP195-APP321 |
| A-22 | B Note negotiation emails dated December 2019 | APP322-APP327 |
| A-23 | Apr. 9, 2020 HNGH letter to Plaintiffs regarding Pre-Negotiation Agreement | APP328-APP332 |
| A-24 | Apr. 10, 2020 letter from Plaintiffs to Lender | APP333-APP335 |
| A-25 | Apr. 13, 2020 letter from Plaintiffs to Lender | APP336-APP337 |
| A-26 | Jan. 24, 2020 emails among Green Hollow, HNGH, Axos, and Madison | APP338-APP351 |
| A-27 | Dec. 8, 2020 Notice of Loan Sale | APP352-APP357 |
| B | Nov. 5, 2020 Hearing Transcript (Nambiar Testimony) | APP358-APP372 |
| C | HNGH Corporate Information | APP373 |
| D | Assignment of Loan to Axos | APP374-APP378 |
| E | Assignment of Deed of Trust | APP379-APP383 |
| F | Collateral Transfer of Note and Lien | APP384-APP389 |

Dated: December 22, 2020

Respectfully submitted,

*/s/ G. Michael Gruber*
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.