**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON** | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Case No. 3:20-cv-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' *Motion for Expedited Discovery in Support of Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction* (the "***Motion***") and any responses thereto, the Court finds that the Motion should be **GRANTED**.

IT IS FURTHER ORDERED that:

1. James G. Glasgow, Vipin Nambiar, Josh Zegen, and a corporate representative of Happy State Bank in Dallas, Texas shall each appear for a deposition on separate days during the week of January 4-8, 2021; and

2. Defendants shall respond to Plaintiffs' written discovery requests within five (5) days of service thereof.

**SO ORDERED**.

______________________, 2020

______________________________
UNITED STATES DISTRICT JUDGE