# United States District Court

NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3229-S |
| | § | |
| 2999 TURTLE CREEK, LLC, et al. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. W. Royal Furgeson, Jr. (Ret.)
FurgesonMalouf Law PLLC
6125 Luther Lane #439
Dallas, Texas 75225
(972) 765-1959
royal@furgesonlaw.com

Mediation shall be in person or by videoconference, as directed by the Mediator, and completed on or before **January 11, 2021**.

The Mediator will communicate with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED December 23, 2020.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**