**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON, | § | |
| *Plaintiffs*, | § | |
| v. | § | No. 3:20-CV-3229 |
| 2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN, | § | |
| *Defendants*. | § | |

**MOTION TO WITHDRAW**

Defendants HNGH Turtle Creek, LLC ("HNGH"), HN Green Hollow Capital Partners, LLC ("Green Hollow"), Vipin Nambiar ("Nambiar"), and James G. Glasgow, Jr. ("Glasgow") (collectively, the "Green Hollow Parties") hereby move the Court to allow the law firm of Haynes and Boone, LLP, and attorneys David H. Harper, Ben L. Mesches, and Jason N. Jordan to withdraw from representing them in this action. The Green Hollow Parties have elected to proceed solely with attorneys Rusty J. O'Kane and Zachary C. Farrar of the firm of Wick Phillips Gould & Martin LLP. Rusty J. O'Kane and Zachary C. Farrar have previously appeared in this matter, and their contact information is below.

## CONCLUSION

The Green Hollow Parties request that this motion be granted, and that David H. Harper, Ben L. Mesches, and Jason N. Jordan be allowed to withdraw from representing them in this action, as well as grant any and all further relief to which they may be entitled.

Dated: December 22, 2020

Respectfully Submitted,

*/s/ David H. Harper*

David H. Harper
Texas State Bar No. 09025540
*David.Harper@haynesboone.com*
Ben L. Mesches
Texas State Bar No. 24032737
*Ben.Mesches@haynesboone.com*
Jason N. Jordan
Texas State Bar No. 24078760
*Jason.Jordan@haynesboone.com*
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (phone)
(214) 651-5940 (fax)

Rusty J. O'Kane
State Bar No. 24088149
*Rusty.Okane@wickphillips.com*
Zachary C. Farrar
State Bar No. 24093418
*Zachary.Farrar@wickphillips.com*
**WICK PHILLIPS GOULD & MARTIN LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
(214) 692-6200 (phone)
(214) 692-6255 (fax)

***Attorneys for Defendants HNGH Turtle Creek, LLC, HN Green Hollow Capital Partners, LLC, Vipin Nambiar, and James G. Glasgow, Jr.***

## CERTIFICATE OF CONFERENCE

This will confirm that I have conferred with counsel for Plaintiffs, who advise that Plaintiffs are not opposed to the relief requested in this motion.

*/s/ David H. Harper*
David H. Harper

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record through the Court's ECF system on December 22, 2020.

G. Michael Gruber, Esq.
J. Brian Vanderwoude, Esq.
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
*gruber.mike@dorsey.com*
*vanderwoude.brian@dorsey.com*

*/s/ David H. Harper*
David H. Harper