**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON, | § | |
| *Plaintiffs*, | § | |
| v. | § | No. 3:20-CV-3229 |
| 2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN, | § | |
| *Defendants*. | § | |

**PROPOSED ORDER GRANTING GREEN HOLLOW PARTIES' MOTION TO WITHDRAW COUNSEL**

After considering the Green Hollow Parties' Motion to Withdraw David H. Harper, Ben L. Mesches, and Jason N. Jordan as attorneys for Defendants HNGH Turtle Creek, LLC, HN Green Hollow Capital Partners, LLC, Vipin Nambiar, and James G. Glasgow, Jr. (collectively, the "Green Hollow Parties"), the Court GRANTS the Motion.

**IT IS HEREBY ORDERED** that the Green Hollow Parties' motion for the withdrawal of David H. Harper, Ben L. Mesches, and Jason N. Jordan from the above-captioned matter is GRANTED; and it is further

**ORDERED** that attorneys David H. Harper, Ben L. Mesches, and Jason N. Jordan are terminated as counsel of record for the Green Hollow Parties; and it is further

**ORDERED** that the Court's clerk shall turn off the electronic notification for attorneys David H. Harper, Ben L. Mesches, Jason N. Jordan, and those associated with their appearance,

in connection with the above-captioned matter.

Dated: ______________________

___________________________________
HON. KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE