IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-3229-S-BT |
| | § | |
| 2999 TURTLE CREEK, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER SETTING BRIEFING SCHEDULE AND HEARING

Plaintiffs' lawsuit has been referred to the United States magistrate judge for pretrial management under 28 U.S.C. § 636(b). Referral (ECF No. 23). Before the Court are five pending motions: (1) "Defendant James G. Glasgow, Jr.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(2)," (ECF No. 9); (2) "Green Hollow Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6)," (ECF No. 10); (3) "Plaintiffs' Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction," (ECF No. 17); (4) "Plaintiffs' Motion for Expedited Discovery in Support of Emergency Motion for Temporary Restraining Order and Application for Preliminary Injunction," (ECF No. 20); and (5) "Green Hollow Defendants' Request to be Heard on Plaintiffs' Motion for Temporary Restraining Order and Request for a Briefing Schedule." (ECF No. 21).

As a preliminary matter, the Green Hollow Defendants' Request to be Heard on Plaintiffs' TRO and Request for a Briefing Schedule is GRANTED. Accordingly, the Court enters the following ORDERS:

1. The Green Hollow Defendants' Rule 12(b)(6) Motion to Dismiss and Plaintiffs' Emergency Motion for TRO are set for hearing via Zoom on **January 4, 2021, at 10:00 A.M.** The Court will hear Defendants' Rule 12(b)(6) Motion to Dismiss first. The Court will provide counsel with the Zoom link and additional instructions closer to the hearing date.

2. Plaintiffs' response to Defendants' Rule 12(b)(6) Motion to Dismiss is due **December 30, 2020**. Defendants' reply is due by 5:00 P.M. on **January 1, 2021**.

3. Defendants' response to Plaintiffs' Emergency Motion for TRO is due **December 29, 2020**.

4. Defendants' response to Plaintiffs' Motion for Expedited Discovery is due **December 30, 2020**.

5. Plaintiffs' response to Defendant Glasgow's Rule 12(b)(2) Motion to Dismiss is also due **December 30, 2020**. Defendant may file a reply 14 days thereafter. The Court will resolve this Motion on the papers after it is fully briefed.

**SO ORDERED**.

December 28, 2020.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE