DORSEY™
always ahead

# 2999TC Acquisitions, LLC et al v. HNGH Turtle Creek, LLC et al:

## Plaintiffs' Motion for Temporary Restraining Order

G. Michael Gruber, Kelsey M. Taylor,
Christina M. Carroll



© Dorsey & Whitney LLP

# Defendants

Madison Realty Capital





Josh Zegen | Marc Zegen

**2999 Turtle Creek, LLP (Lender)**

HN CAPITAL PARTNERS

HN GHCP HN Green Hollow Capital Partners LLC





Vipin Nambiar | James Glasgow

**HNGH Turtle Creek, LLC (HNGH)**

HN CAPITAL PARTNERS



DALLAS BUSINESS JOURNAL



By Ryan Salchert – Staff Writer, Dallas Business Journal
Oct 31, 2019, 8:32am EDT

A local partnership featuring HN Capital Partners and Dunhill Partners has purchased the 252-room W Hotel Dallas in Victory Park, a representative for the partnership confirmed Wednesday.

COMMERCIAL PROPERTY EXECUTIVE™

## Dunhill JV Buys Dallas Luxury Hotel

By Jackson Chen

Starwood Property Trust provided the buyer with more than $80 million via a three-year, fixed-rate loan.

### AN ELEVATED EXPERIENCE

According to Vipin Nambiar, HN Capital's founder & managing partner, the joint ownership is looking to revitalize the 2004-built Dallas hotel. Plans include a complete renovation of the W's guestrooms and lobby and the introduction of new food and beverage operators.

*"As a firm, HN Capital believes in the long-term demographic trends of Dallas and the densification of its urban core,"* Nambiar told *Commercial Property Executive*. *"This asset fits well in that theme, and our goal is to have it elevate the pedestrian experience in Victory."*

The two partners are also working on another hotel, Virgin Hotel Dallas, which is expected to open by the end of the year. The development will add 200 guestrooms a mile northwest of the W.

# Timeline

**Sep. 16**
Note executed

**Sep. 19**
DOT executed

**Oct. 24**
"[Josh Zegen] is offering us a B-Note…" (Glasgow)

2019

Date: Thu, 24 Oct 2019 9:25:00 PM (UTC)
Sent: Thu, 24 Oct 2019 9:25:42 PM (UTC)
Subject: Lunch with Jesse Fanueil from WR Berkley
From: Jim Glasgow
To: 'Vipin Nambiar' <vnambiar@huntinvestment.com >; Anu Ravunniarath <aravunniarath@hncapitalpartners.com >;

Guys:

Redacted
[redacted]

I had a meeting with Josh Zegen today at his request. He is offering us a B-Note in a predevelopment loan to JMJ (Tim Barton) on a 2.5 acre site in Turtle Creek next to Rosewood that is entitled for a Mandarin Oriental Hotel/Residences. MRC financed the acquisition of $50MM with $32.5MM of senior debt followed by $17.5MM of equity with a reserve for only 4/5 months although the loan is a 12 month with 2-6 month extensions.
The total capitalization for the build out is $362MM (ouch)

Redacted
[redacted]

Jim

James G Glasgow Jr
CEO
HN Green Hollow Capital Partners
600 Fifth Ave., 2nd Floor
New York, NY 10020
D: (347) 705-8801 | C: (917) 420-0562
jglasgow@hngreenhollow.com

Ex. A-4

# Timeline

**Sep. 16**
Note executed

**Sep. 19**
DOT executed

**Oct. 24**
"[Josh Zegen] is offering us a B-Note…" (Glasgow)

2019

**Oct. 30**
Zegens to Barton re: prospective equity investor

**Nov. 4**
Pitch to Glasgow

# Timeline

**Sep. 16**
Note executed

**Sep. 19**
DOT executed

**Oct. 24**
"[Josh Zegen] is offering us a B-Note…" (Glasgow)

2019

**Oct. 30**
Zegens to Barton re: prospective equity investor

**Nov. 4**
Pitch to Glasgow

**Nov. 15**
B-Note LOI Foreclosure

# 2999 Turtle Creek B-Note

## Letter of Intent to Purchase

November 15, 2019

*The following is a preliminary discussion of the indicative basic terms and conditions for the proposed purchase. These indicative terms and conditions reflect the current perception of market conditions by HN Green Hollow Capital Partners LLC and its respective affiliates (collectively, "GHCP") and are subject to change. This is a preliminary summary and does not define all the terms and conditions but is a framework upon which documentation for this transaction would be structured and is a basis for further discussion and negotiation of such terms as may be appropriate. Under no circumstances shall the indicative terms and conditions constitute a legally binding commitment.*

| | |
|---|---|
| Purchaser | HN Green Hollow Capital Partners ("GHCP"). |
| Seller | Madison Realty Capital ("Madison") |
| Asset | $7,000,000 par balance B-note ("B-note") of a $32,500,000 Mortgage note originated by Madison and secured by the fee interest of 2999 Turtle Creek Blvd, an approximately 107,000 SF land parcel located in the Turtle Creek [illegible] |
| Purcha[illegible] | [illegible] |
| Coupo[illegible] | [illegible] |
| Fees | [illegible] |
| Term | [illegible] |
| Rights of B-Note Holder | B-Note will control any workout in the event of a monetary or non-monetary default, and Madison agrees to keep the A-note in place for 12 months after Purchaser takes title in foreclosure at the A-Note rate. A-Note will not charge any default interest or late fees during this period. |
| Due Diligence Period | The Buyer shall have thirty (30) days following the execution of the PSA for due diligence customary for such real estate transactions, including legal review of all loan documents, title, and intercreditor agreements, tour of the property, and review of all 3rd party reports, including appraisal, environmental, and property condition reports. |
| Closing | Ten (10) days from expiration of Due Diligence Period, provided the PSA has not been terminated, no material changes in the operations and financial performance of the property, the Borrowers or the Guarantor, no material adverse change in the capital markets, and other customary closing conditions. |
| Expenses | Each party shall bear its own legal expenses in connection with closing. Seller shall pay for an updated title insurance policy (including commercially reasonable title endorsements), as well as an updated survey.<br><br>Interest income, fees, and any other income or expenses from the B-note shall be prorated as of the date of closing on an accrual basis in a manner consistent with real estate industry practices. Any taxes and fees shall be paid by the party as specified in the applicable law or ordinance and if not so specified, in a manner consistent with real estate industry practices, and if there is no standard practice, then split equally by the parties. |

| | |
|---|---|
| Rights of B-Note Holder | B-Note will control any workout in the event of a monetary or non-monetary default, and Madison agrees to keep the A-note in place for 12 months after Purchaser takes title in foreclosure at the A-Note rate. A-Note will not charge any default interest or late fees during this period. |

Ex. A-7

# Timeline

**Sep. 16**
Note executed

**Sep. 19**
DOT executed

**Oct. 24**
"[Josh Zegen] is offering us a B-Note…" (Glasgow)

2019

**Oct. 30**
Zegens to Barton re: prospective equity investor

**Nov. 4**
Pitch to Glasgow

**Nov. 15**
B-Note LOI
Foreclosure

**Nov. 27-Dec. 10**
Negotiate PA
Foreclosure
Default

On Dec 9, 2019, at 7:01 PM, Vipin

Hi Jim,

**From:** Jim Glasgow <jglasgow@
**Sent:** Monday, December 9, 20
**To:** Vipin Nambiar <vnambiar@
**Cc:** Scott Leitman <sleitman@g
**Subject:** Re: Turtle Creek Partic

Vipin

I am thinking 12 months of carr

RE Taxes Chris will confirm?

Foreclosure costs $150,000 co

TI/LC $70 psf for 30,000 sf= $2.

So $4.75mm for the additional … years.

Plus the Real Estate tax numbe

Date: Tue, 10 Dec 2019 2:52:00 AM (UTC)
Sent: Tue, 10 Dec 2019 2:52:24 AM (UTC)
Subject: RE: Turtle Creek Participation Agreement
From: Chris Sadick
To: Jim Glasgow <jglasgow@greenhollowcapital.com >; Vipin Nambiar <vnambiar@hncapitalpartners.com >;
CC: Scott Leitman <sleitman@greenhollowcapital.com >;

The RE Tax was $335k for 2018.

Carry = $25.5MM * 11% Coupon = $2.8MM

Added an additional $150k for misc. costs.

| **2999 Turtle Creek Existing Office** | |
|---|---|
| | |
| 28,940 | SF NRA |
| $70.00 | PSF TI/LC |
| **$2,025,800** | **Lease Up Cost** |
| | |
| $25,500,000 | A-Note |
| 11.00% | Coupon |
| **$2,805,000** | **Carry Cost** |
| | |
| **$345,050** | **Tax (3% increase)** |
| | |
| **$150,000** | **Foreclosure Costs** |
| | |
| **$150,000** | **Misc Carry Costs** |
| | |
| **$5,475,850** | **Estimated 12 month Carry** |

Ex. A-22

# Timeline

2019

**Sep. 16**
Note executed

**Sep. 19**
DOT executed

**Oct. 24**
"[Josh Zegen] is offering us a B-Note…" (Glasgow)

**Oct. 30**
Zegens to Barton re: prospective equity investor

**Nov. 4**
Pitch to Glasgow

**Nov. 15**
B-Note LOI
Foreclosure

**Nov. 27-Dec. 10**
Negotiate PA
Foreclosure
Default

**Dec. 16**
HNGH formed

# Timeline

**Dec. 16**
HNGH formed

2020

**Jan. 2**
"I don't run a passive LP program" (Nambiar to Barton)

**From:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Sent:** Thursday, January 02, 2020 9:49 PM
**To:** Tim Barton <tbarton@jmjdevelopment.com>
**Cc:** Jordan Hanna <jordan.hanna@jmjdevelopment.com>
**Subject:** Re:

Tim,
Making my way back from vacation overseas. It was good to meet you at the India CEO forum.
Reading below, did I miss an email from you? Apologies if I did.

Send me some times to get together in January. I heard you/JMJ team visited the Virgin for a tour. In general, as you probably gather from Bill, I don't run a passive LP program.

Ex. A-9

# Timeline

**Dec. 16**
HNGH formed

2020

**Jan. 2**
"I don't run a passive LP program" (Nambiar to Barton)

**Jan. 16**
Pitch to Nambiar Equity

**Jan. 24**
B-Note & PA executed

**Jan. 29**
Lender notice: sold $7M interest to HNGH, Lender as servicer

**Jan. 31**
Taxes due
Negotiation

# Timeline

**Dec. 16**
HNGH formed

2020

**Jan. 2**
"I don't run a passive LP program" (Nambiar to Barton)

**Jan. 16**
Pitch to Nambiar Equity

**Jan. 24**
B-Note & PA executed

**Jan. 29**
Lender notice: sold $7M interest to HNGH, Lender as servicer

**Jan. 31**
Taxes due
Negotiation

**March**
Nambiar scares off investors; Hutchinson calls for construction plans

# Timeline

2020

**Dec. 16**
HNGH formed

**Jan. 2**
"I don't run a passive LP program" (Nambiar to Barton)

**Jan. 16**
Pitch to Nambiar Equity

**Jan. 24**
B-Note & PA executed

**Jan. 29**
Lender notice: sold $7M interest to HNGH, Lender as servicer

**Jan. 31**
Taxes due
Negotiation

**March**
Nambiar scares off investors; Hutchinson calls for construction plans

COVID
Mar. 12: Dallas disaster
Mar. 19: Texas disaster
Mar. 22: shelter-in-place

**Mar., Apr.**
Purported notice of default

# Timeline

**Dec. 16**
HNGH formed

2020

**Jan. 2**
“I don’t run a passive LP program” (Nambiar to Barton)

**Jan. 16**
Pitch to Nambiar Equity

**Jan. 24**
B-Note & PA executed

**Jan. 29**
Lender notice: sold $7M interest to HNGH, Lender as servicer

**Jan. 31**
Taxes due
Negotiation

**March**
Nambiar scares off investors; Hutchinson calls for construction plans

COVID
Mar. 12: Dallas disaster
Mar. 19: Texas disaster
Mar. 22: shelter-in-place

**Mar., Apr.**
Purported notice of default

**Jul.-Sep.**
HNGH radio silent re: potential buy-out

On Jul 28, 2020, at 9:24 AM, Christopher Green
<cgreen@tallshipdevelopment.com> wrote:

WARNING: Thi

Josh and Mar

Thank you fo
reviewing the

We read on the PRnewswire that
in Turtle Creek in Dallas, Texas.
site. What is the status of that lo

Regards,

Chris

**Christopher A. E. Green**
**Managing Partner**
**Tall Ship Development LLC**
**1244 N. Stone St. | Suite 3 | Chicago | Illi**
**(949) 274-6721**
**Atlanta (404) 664-2598 | NYC (917) 405-9075 |**
**274-6721 | Oslo 47 9300 9507**
cgreen@tallshipdevelopment.com

On July 28, 2020 at 9:06 AM Josh Zegen
<josh@madisonrealtycapital.com> wrote:

We don't hold the last dollar on that deal, we can see if the partner
is interested in s

On July 29, 2020 at 10:25 AM Josh Zegen
<josh@madisonrealtycapital.com> wrote:

They would but just to set expectations they only would sell for par
plus ever
local dall

---------- Original Message ----------
From: Josh Zegen <josh@madisonrealtycapital.com>
To: Christopher Green <cgreen@tallshipdevelopment.com>
Cc: David Baharestani <DBaharestani@madisonrealtycapital.com>, Mark Gormley <mgormley@madisonrealtycapital.com>, Jerold Feuerstein <jfeuerstein@kandfllp.com>, Nathan Ladde <nladde@tallshipdevelopment.com>, Jim Glasgow <jglasgow@greenhollowcapital.com>
Date: 07/29/2020 11:10 AM
Subject: Re: Dallas Loan

Adding Jim Glasgow from greenhollow for you to deal directly with.
You guys take from here

**From:** Christopher Green <cgreen@tallshipdevelopment.com>
**Sent:** Tuesday, September 8, 2020 1:24 PM
**To:** Jim Glasgow
**Cc:** Chris Sadick; Scott Leitman; Nathan Ladde; Christopher Green
**Subject:** Turtle Creek Loan - Draft Sales Agreement

Jim,

As it relates to the Turtle Cr
for the sale of your B-piece.
the litigation against Vipin I
Hollow is dismissed with pr

Regards,

Chris

**Christopher A. E. Green**
**Managing Partner**
**Tall Ship Development LLC**
**1244 N. Stone St. | Suite 3**
**(949) 274-6721**
**Atlanta (404) 664-2598 | NYC**

---

**From:** Christopher Green <cgreen@tallshipdevelopment.com>
**Sent:** Friday, September 11, 2020 8:02 AM
**To:** Jim Glasgow
**Cc:** Nathan Ladde; Christopher Green
**Subject:** Draft Sales A

Jim,

When do you expect to
Turtle Creek loan B-pie

Thank you,

Chris
**Christopher A. E. Green**
**Managing Partner**
**Tall Ship Development**
**1244 N. Stone St. | Sui**
**(949) 274-6721**
**Atlanta (404) 664-2598 | NYC (917) 405-9075 | Newport Beach (949) 274-6721 | Oslo 47 9300 9507**
cgreen@tallshipdevelopment.com

---

**From:** Christopher Green <cgreen@tallshipdevelopment.com>
**Sent:** Wednesday, September 16, 2020 10:29 AM
**To:** Jim Glasgow
**Cc:** Nathan Ladde; Christopher Green
**Subject:** Re: Draft Sales Agreement for Turtle Creek Loan B-Piece

Jim,

I am following up on the draft "Sales Agreement" for the Turtle Creek loan B-piece. Please let me the status. However, if you are no longer interested in selling the B-piece, just let me know.

Regards,

Chris

# Likelihood of Success on the Merits

- **One claim**

  ***Intel Corp. v. Rais*, 1:19-CV-20-RP, 2019 U.S. Dist. LEXIS 4932, at *17 (W.D. Tex. Jan. 10, 2019)**

- **Pleading standard vs. TRO standard**
- **Bad faith**
  - **Work-around vs. "assignment"**

  ***Empresas Cablevision, S.A.B. de C.V. v. JPMorgan Chase Bank, N.A.*, 680 F. Supp. 2d 625, 633 (S.D.N.Y. 2010)**

- **Fraud**
  - ***After* DOT/Promissory Note**
  - **Disclaimer irrelevant**
  - ***See* Response at 12-13**

# Likelihood of Success on the Merits

- **Tortious interference**
  - **Defendants briefed the wrong claim**
  - **Uncontroverted**
- **Conspiracy**
  - **“Object” was secretive takeover (Complaint, Motion)**

# Irreparable Harm

- **Real property**

  ***Graham Mortg. Corp. v. Hall*, 307 S.W.3d 472, 481 (Tex. App.—Dallas 2010, pet. denied)**

- **Competitive advantage**

  ***Intel Corp. v. Rais*, 1:19-CV-20-RP, 2019 U.S. Dist. LEXIS 4932, at *14 (W.D. Tex. Jan. 10, 2019)**

- **Pre-foreclosure harm (remedy)**
- **Post-foreclosure harm (no remedy)**
  - **Lost property**
  - **Reputational damage**
  - **Lost opportunities, goodwill, competitive advantage**
- **"11th Hour"**
  - **Not aware of foreclosure until Dec. 2**
  - **Then Defendants transfer in middle of pending foreclosure**

# Balancing Hardships

- **“Protective advances” → own loan = no harm**
- **Don’t profit from fraud**
- **Actual, real, present harm *tomorrow***
- **Unclean hands**
- **Confusion**
- **Prudence weighs in favor of TRO**

# Low or No Bond

- What's the harm to be protected?
- One month TRO vs. months-long TI
- Land appraisal is greater than note

Exhibit A-21