**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC, AND TIMOTHY L. BARTON** | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Case No. 3:20-CV-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § | |
| **Defendants.** | § | |

**AGREED NOTICE OF DISMISSAL WITH PREJUDICE AS TO THE GREEN HOLLOW DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon agreement between 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC, and Timothy L. Barton (together, "***Plaintiffs***") and HNGH Turtle Creek, LLC ("**HNGH**"), HN Green Hollow Capital Partners, LLC ("**Green Hollow**"), Vipin Nambiar ("**Nambiar**"), and James G. Glasgow ("**Glasgow**") (collectively, "**Green Hollow Defendants**"), Plaintiffs and the Green Hollow Defendants hereby file this Agreed Notice of Dismissal with Prejudice as to the Green Hollow Defendants in the above-captioned lawsuit. Plaintiffs dismiss with prejudice all claims asserted in Plaintiffs' First Amended Complaint [Doc. 44] against the Green Hollow Defendants, including, without limitation, misappropriation of trade secrets under the Defense of Trade Secrets Act (Count One), fraud (Count Four), fraud by nondisclosure (Count Six), conspiracy (Count Eight), tortious

interference with existing contracts (Count Nine), tortious interference with prospective business relations (Count Ten), misappropriation of trade secrets and confidential information under the Texas Uniform Trade Secrets Act (Count Eleven), breach of contract (Count Twelve), breach of contract (Count Thirteen), declaratory judgment for no default (Count Fifteen), declaratory judgment concerning the participation agreement (Count Sixteen), declaratory judgment concerning excused performance (Count Seventeen), and declaratory judgment concerning the valid assignment (Count Eighteen). The parties have agreed that each party affected by this Agreed Motion to Dismiss shall bear their own costs and fees.

WHEREFORE, premises considered, Plaintiffs and the Green Hollow Defendants respectfully move for entry of an order granting their Agreed Notice of Dismissal with Prejudice as to the Green Hollow Defendants.

Dated: January 5, 2021.

Respectfully submitted,

*/s/ G. Michael Gruber*

**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Kelsey M. Taylor, Esq.**
Texas Bar No. 24098507
taylor.kelsey@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Rusty J. O'Kane*
**Rusty J. O'Kane**
State Bar No. 24088149
Rusty.Okane@wickphillips.com
**Zachary C. Farrar**
State Bar No. 24093418
Zachary.Farrar@wickphillips.com
**WICK PHILLIPS GOULD &MARIN LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
(214) 692-6200 (phone)
(214) 692-6255 (fax)

**ATTORNEYS FOR DEFENDANTS HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, VIPIN NAMBIAR, AND JAMES G. GLASGOW**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.