**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC f/k/a MO 2999TC, LLC, AND TIMOTHY L. BARTON** | § § § § | |
| **Plaintiffs** | § § | |
| **v.** | § § | **Case No. 3:20-CV-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN** | § § § § § § § § | |
| **Defendants.** | § | |

**PROOF OF SERVICE OF ECF 44, 45 AND 47**

In accordance with the Court's Order dated January 5, 2021 (ECF 47), the undersigned counsel hereby certifies that on January 6, 2020, a copy of Plaintiff's First Amended Complaint (ECF 44), the Court's vacated Findings of Fact, dated January 5, 2021 (ECF 45) and the Court's Order, dated January 5, 2021 (ECF 47) was served upon Messrs. Wade Carvell and Bill Gameros, counsel for Madison Realty Capital, LP, 2999 Turtle Creek, LLC, Marc Zegen, and Joshua Zegen, by a manner authorized by Federal Rules of Civil Procedure 5(b)(2). Specifically, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), Messrs. Carvell and Gameros consented in writing to receive service, and did receive service, of the referenced documents by electronic means at the following email addresses on January 6, 2021:

WCarvell@LegalTexas.com
BGameros@LegalTexas.com

Messrs. Carvell and Gameros have consented to receive service via the referenced electronic means until such time as they have entered an appearance in this case and been added to the Court's Electronic Case Files (ECF) system.

Dated: January 7, 2021.

Respectfully submitted,

*/s/ G. Michael Gruber*

**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Christina M. Carroll, Esq.**
Texas State Bar No. 24092868
carroll.christina@dorsey.com
**Kelsey M. Taylor, Esq.**
Texas Bar No. 24098507
taylor.kelsey@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ G. Michael Gruber*
G. Michael Gruber, Esq.