**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC F/K/A MO 2999 TC, LLC, AND TIMOTHY L. BARTON,** | § | |
| ***Plaintiffs*,** | § | |
| **v.** | § | **No. 3:20-CV-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN,** | § | |
| ***Defendants*.** | § | |

**DEFENDANTS 2999 TURTLE CREEK LLC, MADISON REALTY CAPITAL, LP, MARC ZEGEN, AND JOSHUA ZEGEN'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants 2999 Turtle Creek LLC, Madison Realty Capital, LP, Marc Zegen, and Joshua Zegen ("Defendants") file Motion to Dismiss the claims alleged against them in Plaintiffs' First Amended Complaint ("Complaint") [Dkt. No. 44], and respectfully state as follows:

The allegations made in the Complaint Plaintiffs' First Amended Complaint are insufficient to state a claim for violation of the federal Defend Trade Secrets Act ("DTSA") and should be dismissed. Plaintiff fails to allege the existence of trade secrets, that they took any efforts to protect any trade secrets, or that any trade secrets were misappropriated. Accordingly, Plaintiffs' claim under DTSA should be dismissed.

Because the DTSA is the only federal claim, the Court should decline to exercise supplemental jurisdiction over any of Plaintiffs' state-law claims. Even were the Court to exercise jurisdiction, the state law claims are all equally flawed and fail to state claims for which relief can be granted.

For these reasons, and for those identified and more thoroughly explained in Defendants' Brief in Support of Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), filed contemporaneously herewith, Defendants 2999 Turtle Creek LLC, Madison Realty Capital, LP, Marc Zegen, and Joshua Zegen respectfully request that the Court (i) dismiss the Complaint in its entirety, (ii) that because the deficiencies may not be cured and Plaintiffs have already amended their Complaint once that the dismissal be without leave for any additional amendments, and (iii) grant any and all further relief to which they may be entitled.[1]

Dated: January 29, 2021

Respectfully Submitted,

*/s/ Charles W. Gameros, Jr., P.C.*

Charles W. Gameros, Jr., P.C.
State Bar No. 00796596
Douglas Wade Carvell, P.C.
State Bar No. 00796316

**HOGE & GAMEROS, L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Telecopier: (214) 559-4905
Email: BGameros@LegalTexas.com
WCarvell@LegalTexas.com

**ATTORNEYS FOR DEFENDANTS 2999 TURTLE CREEK, LLC, MADISON REALTY CAPITAL, LP, MARC ZEGEN, AND JOSHUA ZEGEN**

[1] Should the Court decide to assert jurisdiction over Defendants, Defendants aver that Dallas is not the proper venue and reserve the right seek to have the case transferred.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties listed below in the matter indicated on January 29, 2021.

**VIA ELECTRONIC SERVICE**
G. Michael Gruber
J. Brian Vanderwoude
Kelsey M. Taylor
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Telephone: (214) 981-9900
Facsimile: (214) 981-9901
E-Mail: gruber.mike@dorsey.com
vanderwoude.brian@dorsey.com
taylor.kelsey@dorsey.com

**VIA ELECTRONIC SERVICE**
Rusty J. O'Kane
Zachary C. Farrar
**WICK PHILLIPS, LLC**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:
E-Mail: Rusty.Okane@wickphillips.com
Zachary.Farrar@wickphillips.com

*/s/ Charles W. Gameros, Jr., P.C.*
Charles W. Gameros, Jr., P.C.