**NITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC F/K/A MO 2999 TC, LLC, AND TIMOTHY L. BARTON,** | § § § § | |
| ***Plaintiffs*,** | § § | |
| **v.** | § § | **No. 3:20-CV-3229** |
| **2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN,** | § § § § § § § § | |
| ***Defendants*.** | § § | |

---

**DEFENDANTS MADISON REALTY CAPITAL, LP, MARC ZEGEN, AND JOSHUA ZEGEN'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)**

---

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Madison Realty Capital, LP, Marc Zegen, and Joshua Zegen ("Defendants") file Motion to Dismiss the claims against alleged against them in Plaintiffs' First Amended Complaint ("Complaint") [Dkt. No. 44], and respectfully state as follows:

Plaintiffs' Complaint does not establish a *prima facie* case that any of the Defendants established minimum contacts with Texas such that they are subject to the personal jurisdiction.

As Plaintiffs allege, Defendant Marc Zegen is a citizen and resident of the State of New York. The allegations in the Complaint show that (i) he is neither domiciled nor at-home in Texas; (ii) he has no continuous, systematic, and substantial affiliation with Texas; (iii) he has not

purposefully availed himself of the privilege to conduct business in Texas; and (iv) none of his alleged actions were made in his individual capacity or directed towards Texas.

As Plaintiffs allege, Defendant Joshua Zegen is a citizen and resident of the State of New York. The allegations in the Complaint show that (i) he is neither domiciled nor at-home in Texas; (ii) he has no continuous, systematic, and substantial affiliation with Texas; (iii) he has not purposefully availed himself of the privilege to conduct business in Texas; and (iv) none of his alleged actions were made in his individual capacity or directed towards Texas.

As Plaintiffs allege, Defendant Madison Realty Capital, LP is a foreign corporation with its principal place of business in the State of New York. The allegations in the Complaint show that (i) it is neither domiciled nor at-home in Texas; (ii) it has not purposefully availed itself of the privilege to conduct business in Texas; (iii) it has no substantial connection with the State of Texas, and (iv) none of its alleged actions were directed towards Texas.

For these reasons, and for those identified and more thoroughly explained in Defendants' Brief in Support of Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(2), filed contemporaneously herewith, Defendants Madison Realty Capital, LP, Marc Zegen, and Johsua Zegen respectfully request that the Court (i) dismiss the Complaint in its entirety as to them for lack of personal jurisdiction, (ii) that because the deficiencies may not be cured and Plaintiffs have already amended their Complaint once that the dismissal be without leave for any additional amendments, and (iii) grant any and all further relief to which they may be entitled.[1]

[1] Should the Court decide to assert jurisdiction over Defendants, Defendants aver that Dallas is not the proper venue and reserve the right seek to have the case transferred.

Dated: January 29, 2021

Respectfully Submitted,

*/s/ Charles W. Gameros, Jr., P.C.*

Charles W. Gameros, Jr., P.C.
State Bar No. 00796596
Douglas Wade Carvell, P.C.
State Bar No. 00796316

**HOGE & GAMEROS, L.L.P.**
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Telephone: (214) 765-6002
Telecopier: (214) 559-4905
Email: BGameros@LegalTexas.com
WCarvell@LegalTexas.com

**ATTORNEYS FOR DEFENDANTS 2999 TURTLE CREEK, LLC, MADISON REALTY CAPITAL, LP, MARC ZEGEN, AND JOHSUA ZEGEN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties listed below in the matter indicated on January 29, 2021.

**VIA ELECTRONIC SERVICE**
G. Michael Gruber
J. Brian Vanderwoude
Kelsey M. Taylor
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Telephone: (214) 981-9900
Facsimile: (214) 981-9901
E-Mail: gruber.mike@dorsey.com
vanderwoude.brian@dorsey.com
taylor.kelsey@dorsey.com

**VIA ELECTRONIC SERVICE**
Rusty J. O'Kane
Zachary C. Farrar
**WICK PHILLIPS, LLC**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:
E-Mail: Rusty.Okane@wickphillips.com
Zachary.Farrar@wickphillips.com

*/s/ Charles W. Gameros, Jr., P.C.*
Charles W. Gameros, Jr., P.C.