# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, AND TIMOTHY L. BARTON, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 3:20-CV-3229 |
| 2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN, | § § § § § § § § § | |
| *Defendants*. | § | |

## DECLARATION OF DAVID SPEISER

1. My name is David Speiser ("Declarant"). I am over the age of 21, of sound mind, capable of making this declaration, and fully competent to testify to the matters stated herein. I have never been convicted of a felony or any crime of moral turpitude. I have personal knowledge of the matters stated herein, and the matters stated herein are true and correct.

2. I am an authorized signatory for Madison Realty Capital GP, LLC, a Delaware limited liability company, which is the general partner of Madison Realty Capital, LP, a Delaware limited partnership. I am authorized to make this affidavit.

3. Madison Realty Capital, LP is a Limited Partnership organized under the laws of the State of Delaware, with its principal office located in New York, New York.

4. Madison Realty Capital, LP does not hold any direct ownership interest in 2999 Turtle Creek LLC.

I declare under penalty of perjury that I have read the foregoing Declaration and that the statements herein are true and correct. Executed on January 26, 2021.

_____
David Speiser

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties listed below in the matter indicated on January 29, 2021.

| | |
|---|---|
| **VIA ELECTRONIC SERVICE**<br>G. Michael Gruber<br>J. Brian Vanderwoude<br>Kelsey M. Taylor<br>**DORSEY & WHITNEY LLP**<br>300 Crescent Court, Suite 400<br>Dallas, Texas 75201<br>Telephone:  (214) 981-9900<br>Facsimile:  (214) 981-9901<br>E-Mail:  gruber.mike@dorsey.com<br>    vanderwoude.brian@dorsey.com<br>    taylor.kelsey@dorsey.com | **VIA ELECTRONIC SERVICE**<br>Rusty J. O'Kane<br>Zachary C. Farrar<br>**WICK PHILLIPS, LLC**<br>3131 McKinney Avenue, Suite 100<br>Dallas, Texas 75204<br>Telephone:  (214) 692-6200<br>Facsimile:<br>E-Mail:  Rusty.Okane@wickphillips.com<br>    Zachary.Farrar@wickphillips.com |

                                            /s/ Charles W. Gameros, Jr., P.C.
                                            Charles W. Gameros, Jr., P.C.