IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, and TIMOTHY L. BARTON, | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 3:20-cv-3229-S-BT |
| 2999 TURTLE CREEK, LLC, HNGH TURTLE CREEK, LLC, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, MADISON REALTY CAPITAL, LP, VIPIN NAMBIAR, JAMES G. GLASGOW, JR., MARC ZEGEN, AND JOSHUA ZEGEN, | § | |
| Defendants. | § | |

**ORDER**

There are two pending motions to dismiss in this case: a Rule 12(b)(6) motion filed by Defendants 2999 Turtle Creek, LLC; Madison Realty Capital, LP; Marc Zegen; and Joshua Zegen (ECF No. 52) and a Rule 12(b)(2) motion filed by Defendants Madison Realty Capital, LP; Marc Zegen; and Joshua Zegen (ECF No. 54). The Court held a Rule 16 conference in this case on February 2, 2021. After consultation with the parties, the Court finds good cause to delay entering a scheduling order until it issues its findings, conclusions, and recommendation on Defendants' motions to dismiss, provided a scheduling order is still necessary. *See* Fed. R. Civ. P. 16(b)(2) ("The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it

within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.”). Accordingly, Plaintiffs’ response to each motion to dismiss is due on or before **February 19, 2021**, and Defendants’ reply to any response is due 14 days from the date the response is filed.

**SO ORDERED.**

February 2, 2021.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE