# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| 2999TC ACQUISITIONS, LLC f/k/a MO 2999 TC, LLC, and TIMOTHY L. BARTON, § § § § | |
| v. § | CIVIL ACTION NO. 3:20-CV-3229-S-BT |
| 2999 TURTLE CREEK, LLC, MADISON REALTY CAPITAL, LP, MARC ZEGEN, and JOSHUA ZEGEN. § § § § § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendants' Rule 12(b)(6) motion [ECF No. 52] is **GRANTED** with respect to Plaintiffs' federal trade-secrets claim, and Plaintiffs' federal trade-secrets claim against Defendants is **DISMISSED** with prejudice. Additionally, the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims, and those claims are **DISMISSED** without prejudice. Finally, Defendant Madison Realty Capital, LP, Marc Zegen, and Joshua Zegen's Rule 12(b)(2) motion [ECF No. 54] is **DENIED** as moot.

**SO ORDERED.**

SIGNED July 26, 2021.

*[signature]*
**UNITED STATES DISTRICT JUDGE**